

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-13-00354-CV

Trial Court Cause
Number:  1016865

Style:  Alfred F. Bernat

**v** Tomas Sotelo and Benancia Sotelo

Date motion filed[*]:  February 20, 2014

Type of motion:  Motion for Rehearing

Party filing motion:  Appellant

Document to be filed:  n/a

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due: _____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack

☐ Acting individually   ☒ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Bland and Huddle

Date: March 19, 2014